IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THADDEUS J. JOHNSON, #400948, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:15-cv-00481 |
| | ) |
| METROPOLITAN GOVERNMENT OF | ) Senior Judge Haynes |
| NASHVILLE, JOSEPH HAISLIP, | ) |
| CHRISTOPHER HOLDEN, WILLIAM | ) |
| DURHAM, ANDREW INSAYCHOCK, | ) |
| and BRITTANY SARGENT, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, Thaddeus Johnson, an inmate in the custody of the Davidson County Sheriff's Office, filed this *pro se* action under 42 U.S.C. § 1983 against the Defendants: Metropolitan Government of Nashville ("Metro") and Metro Police Officers Joseph Haislip, Christopher Holden, William Durham, Andrew Insaychock, and Brittany Sargent. (Complaint, Docket Entry No. 1). Plaintiff also filed an application to proceed *in forma pauperis*. Because it is apparent from Plaintiff's submission that he lacks the funds to pay the entire filing fee in advance, Plaintiff's application to proceed as a pauper (Docket Entry No. 2) is **GRANTED**.

Pursuant to 28 U.S.C. §§ 1915(b) and 1914(a), Plaintiff is nonetheless assessed the $350.00 civil filing fee. The Administrator of the Davidson County Sheriff's Office Jail Facilities, as custodian of Plaintiff's prison trust account, is **DIRECTED** to submit to the Clerk of Court, as an initial payment, the greater of: (a) 20% of the average monthly deposits to Plaintiff's credit at the jail; or (b) 20% of the average monthly balance to Plaintiff's credit for the

six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, the custodian shall submit 20% of Plaintiff's preceding monthly income (or income credited to Plaintiff for the preceding month), but only when Plaintiff's monthly income exceeds $10.00. 28 U.S.C. § 1915(b)(2). Payments shall continue until the $350.00 filing fee has been paid in full to the Clerk of Court. 28 U.S.C. § 1915(b)(3).

The Clerk of Court **MUST** send a copy of this order to the Administrator of the Davidson County Sheriff's Office Jail Facilities to ensure compliance with that portion of 28 U.S.C. § 1915 pertaining to the payment of the filing fee. If Plaintiff is transferred from his present place of confinement, the Administrator must ensure that a copy of this order follows Plaintiff to his new place of confinement, for continued compliance herewith. All payments made pursuant to this order must be submitted to the Clerk of Court for the United States District Court for the Middle District of Tennessee, 801 Broadway, Nashville, TN 37203.

In accordance with the Memorandum filed herewith, this action is **DISMISSED with prejudice** as barred by the statute of limitations and failing to state a claim for which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 4th day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge